```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

QBE INSURANCE CORPORATION,      :
                                :
    Plaintiff,                  :
                                :
v.                              :     CIVIL ACTION 08-0364-M
                                :
ARTHUR C. WITHERINGTON, et al., :
                                :
    Defendants.                 :

<u>JUDGMENT</u>

    It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff QBE Insurance Corporation and against Defendant Arthur C. Witherington, Pina D. Witherington, and Hope I. Watkins.

    DONE this 16th day of October, 2008.

                                      <u>s/BERT W. MILLING, JR.</u>
                                      UNITED STATES MAGISTRATE JUDGE